IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY M. PORTNOY and
GERARD M. MARTIN, as Trustees for
HUB PROPERTIES TRUST,

     Plaintiffs,

vs.

OMNICARE PHARMACEUTICS, INC. and
OMNICARE CLINICAL RESEARCH, INC.,

     Defendants.

CIVIL ACTION NO. 02-CV-2905

## ORDER

AND NOW, this ____ day of _____, 2002, upon consideration of Defendants' Motion for Admission *Pro Hac Vice* of Renee S. Filiatraut, Esquire, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and Renee S. Filiatraut, Esquire is admitted to practice before this Court *pro hac vice*, for all purposes in connection with the above-captioned matter.

BY THE COURT:

_____
HONORABLE CLIFFORD SCOTT GREEN, J.

115304.00401/21074377v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY M. PORTNOY and
GERARD M. MARTIN, as Trustees for
HUB PROPERTIES TRUST,

     Plaintiffs,

vs.

OMNICARE PHARMACEUTICS, INC. and
OMNICARE CLINICAL RESEARCH, INC.,

     Defendants.

CIVIL ACTION NO. 02-CV-2905

### DEFENDANTS' MOTION FOR ADMISSION
### *PRO HAC VICE* OF RENEE S. FILIATRAUT, ESQUIRE

Defendants, Omnicare Pharmaceutics, Inc. and Omnicare Clinical Research, Inc., by their undersigned attorney, Todd A. Schoenhaus, who is licensed to practice in the Commonwealth of Pennsylvania and admitted to practice before the United States District Court for the Eastern District of Pennsylvania, hereby moves for the Admission *Pro Hac Vice* of attorney Renee S. Filiatraut, so that she may appear in this case to represent Defendants as co-counsel with the undersigned. In accordance with Rule 83.5.2(a) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania, the undersigned attorneys will serve as associate counsel of record during the course of the proceedings in this action. In support of this Motion, the undersigned attorneys represent as follows:

1. Ms. Filiatraut is an attorney in the firm of Thompson Hine LLP, 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202. The firm's telephone number is (513) 352-6659.

115304.00401/21074377v1

2. Renee Filiatraut, Esquire, has been a member in good standing of the bar of the State of Ohio since November, 1988. Ms. Filiatraut has also been admitted to practice in the State of Kentucky, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Southern District of Ohio, and the United States District Court for the Eastern District of Kentucky. See Declaration of Renee Filiatraut (attached as Exhibit A).

3. Defendants have retained Ms. Filiatraut to represent them in this case, and her admission *pro hac vice* would further the prompt, effective and efficient resolution of this matter.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting Renee S. Filiatraut, *Pro Hac Vice*, for the purposes of representing Defendants in this action.

Respectfully submitted,

BLANK ROME COMISKY & McCAULEY LLP

By: _____
Richard P. McElroy
Adam M. Share
Todd A. Schoenhaus
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

Attorneys for Defendants

Dated: October 24, 2002

115304.00401/21074377v1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY M. PORTNOY and
GERARD M. MARTIN, as Trustees for
HUB PROPERTIES TRUST,

    Plaintiffs,

vs.

OMNICARE PHARMACEUTICS, INC. and
OMNICARE CLINICAL RESEARCH, INC.,

    Defendants.

CIVIL ACTION NO. 02-CV-2905

### DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF RENEE S. FILIATRAUT, ESQUIRE

Renee S. Filiatraut declares as follows:

1. I am an attorney with the law firm of Thompson Hine LLP, 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202.

2. I have been a member in good standing of the Bar of the State of Ohio since November, 1988. I am also a member in good standing of the State of Kentucky, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Southern District of Ohio, and the United States District Court for the Eastern District of Kentucky.

3. There are no disciplinary actions currently pending against me, nor have any such actions ever been initiated against me. I have never been disbarred from the practice of law in any state or federal court.

4. My law firm has been retained to represent Defendants in this action.

115304.00401/21074377v1

5. I have contacted attorneys at the law firm of Blank Rome Comisky & McCauley LLP, and they have agreed to assist me with the representation of Omnicare Pharmaceutics, Inc. and Omnicare Clinical Research, Inc. before this Court and to serve as associate counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

6. The facts set forth in the foregoing Defendants' Motion for Admission *Pro Hac Vice* of Renee S. Filiatraut, Esquire are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

_____
RENEE S. FILIATRAUT

Executed on October 18th, 2002

2

115304.00401/21074377v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2002, I caused a true and correct copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* of Renee S. Filiatraut, Esquire, and proposed Order, to be served upon the following counsel by first class United States Mail:

Paul S. Diamond, Esquire
Steven A. Haber, Esquire
Stephen W.W. Ching, Esquire
William K. Pelosi, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center Plaza, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

TODD A. SCHOENHAUS