IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY PORTNOY and<br>GERARD M. MARTIN, as Trustees for<br>HUB PROPERTIES TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNICARE PHARMACEUTICS, INC.<br>and OMNICARE CLINICAL RESEARCH,<br>INC.,<br><br>Defendants. | :<br>:<br>: CIVIL ACTION NO. 02-CV-2905<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this ____ day of _____, 2002, upon consideration of Defendants' Motion for Admission *Pro Hac Vice* of William C. Wilkinson, Esquire, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and William C. Wilkinson is admitted to practice before this Court *pro hac vice*, for all purposes in connection with the above-captioned matter.

BY THE COURT:

_____
HONORABLE CLIFFORD SCOTT GREEN, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY PORTNOY and GERARD M. MARTIN, as Trustees for HUB PROPERTIES TRUST, | : <br> : <br> : CIVIL ACTION NO. 02-CV-2905 |
| Plaintiffs, | : |
| vs. | : |
| OMNICARE PHARMACEUTICS, INC. and OMNICARE CLINICAL RESEARCH, INC., | : <br> : <br> : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR ADMISSION
*PRO HAC VICE* OF WILLIAM C. WILKINSON, ESQUIRE**

Defendants, Omnicare Pharmaceutics, Inc. and Omnicare Clinical Research, Inc., by their undersigned attorney, Todd A. Schoenhaus, who is licensed to practice in the Commonwealth of Pennsylvania and admitted to practice before the United States District Court for the Eastern District of Pennsylvania, hereby moves for the Admission *Pro Hac Vice* of attorney William C. Wilkinson, so that he may appear in this case to represent Defendants as co-counsel with the undersigned. In accordance with Rule 83.5.2(a) of the Local Rules of Civile Procedure for the Eastern District of Pennsylvania, the undersigned attorneys will serve as associate counsel of record during the course of the proceedings in this action. In support of this Motion, the undersigned attorneys represent as follows:

1. Mr. Wilkinson is an attorney in the firm of Thompson Hine LLP, One Columbus, 10 West Broad Street, Columbus, Ohio 43215. The firm's telephone number is (614) 469-3266.

2. William Wilkinson, has been a member in good standing of the bar of the State of Ohio since 1976. Mr. Wilkinson has also been admitted to practice in United States District Court, Southern District of Ohio in 1978. See Declaration of William C. Wilkinson (attached as Exhibit A).

3. Defendants have retained Mr. Wilkinson to represent them in this case, and his admission *pro hac vice* would further the prompt, effective and efficient resolution of this matter.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting William C. Wilkinson, *Pro Hac Vice*, for the purposes of representing Defendants in this action.

Respectfully submitted,

BLANK ROME COMISKY & McCAULEY LLP

By: _____
Richard P. McElroy
Adam M. Share
Todd A. Schoenhaus
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

Attorneys for Defendants

Dated: November 19, 2002

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY PORTNOY and GERARD M. MARTIN, as Trustees for HUB PROPERTIES TRUST, : | CIVIL ACTION NO. 02-CV-2905 |
| Plaintiffs, : | |
| vs. : | |
| OMNICARE PHARMACEUTICS, INC. and OMNICARE CLINICAL RESEARCH, INC., : | |
| Defendants. : | |

## DECLARATION IN SUPPORT OF DEFENDANTS' MOTION
## FOR ADMISSION *PRO HAC VICE* OF WILLIAM C. WILKINSON

William C. Wilkinson declares as follows:

1. I am an attorney with the law firm of Thompson Hine LLP, One Columbus, 10 West Broad Street, Columbus, Ohio 43215.

2. I have been a member in good standing of the Bar of the State of Ohio since 1976. I was admitted to practice in the United States District Court, Southern District of Ohio in 1978.

3. There are no disciplinary actions currently pending against me, nor have any such actions ever been initiated against me. I have never been disbarred from the practice of law in any state or federal court.

4. My law firm has been retained to represent Defendants in this action.

5. I have contacted attorneys at the law firm of Blank Rome Comisky & McCauley LLP, and they have agreed to assist me with the representation of Omnicare Pharmaceutics, Inc.

and Omnicare Clinical Research, Inc. before this Court and to serve as associate counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

      6.      The facts set forth in the foregoing Defendants' Motion for Admission *Pro Hac Vice* of William C. Wilkinson are true and correct to the best of my knowledge, information and belief.

      I declare under penalty and perjury that the foregoing is true and correct.

                                            _____
                                            William C. Wilkinson

Executed on November 15, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this ___19th___ day of November, 2002, I caused a true and correct copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* of William C. Wilkinson, Esquire, and proposed Order, to be served upon the following counsel by first class United States Mail:

>Paul S. Diamond, Esq.
>Steven A. Haber, Esq.
>Stephen W.W. Ching, Esq.
>William K. Pelosi, Esq.
>OBERMAYER REBMANN MAXWELL & HIPPEL LLP
>One Penn Center Plaza, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA  19103

_____
ADAM M. SHARE