IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY M. PORTNOY and<br>GERARD M. MARTIN, as Trustees for<br>HUB PROPERTIES TRUST<br>　　　　　Plaintiffs,<br><br>v.<br><br>OMNICARE PHARMACEUTICS, INC.<br>　--and--<br>OMNICARE CLINICAL RESEARCH, INC.,<br>　　　　　Defendants. | :<br>:<br>:<br>: NO. 02-CV-2905<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATED BRIEFING SCHEDULE FOR THE
## PARTIES' MOTIONS FOR SUMMARY JUDGMENT

It is hereby STIPULATED by Plaintiffs Barry M. Portnoy and Gerard M. Martin as Trustees for HUB Properties Trust and Defendants Omnicare Pharmaceutics, Inc. and Omnicare Clinical Research, Inc.:

(1).   Plaintiffs' and Defendants' response to each others' motion for summary judgment shall be filed by **October 10, 2003**;

(2).   Reply briefs in connection with the parties' motions for summary judgment shall be filed by **October 17, 2003**; and

485565

(3).    This case shall be placed in the trial pool on **October 31, 2003** or the nearest trial pool date thereafter.

| OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br><br>BY: _____<br>PAUL S. DIAMOND<br>STEVEN A HABER<br>STEPHEN W.W. CHING, JR.<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-1895<br>(215) 665-3000<br><br>Attorneys for Plaintiffs, Barry M. Portnoy and Gerard M. Martin as Trustees for HUB Properties Trust and Defendants Omnicare Pharmaceutics, Inc. | BLANK ROME LLP<br><br>BY: _____<br>RICHARD P. McELROY<br>ADAM M. SHARE<br>TODD A. SCHOENHAUS<br>One Logan Square<br>Philadelphia, PA 19103<br>(215) 569-5500<br><br>Attorneys for Defendants Omnicare Pharmaceutics, Inc. and Omnicare Clinical Research, Inc. |

**APPROVED AND SO ORDERED BY THE COURT:**

_____
**THE HONORABLE CLIFFORD SCOTT GREEN
UNITED STATES DISTRICT JUDGE**

Dated: _____

485565