IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY M. PORTNOY and<br>GERARD M. MARTIN, as Trustees for<br>HUB PROPERTIES TRUST<br><br>v.<br><br>OMNICARE PHARMACEUTICS, INC. and<br>OMNICARE CLINICAL RESEARCH, INC., | :<br>:<br>:   NO. 02-CV-2905<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION REGARDING REVISED BRIEFING SCHEDULE
FOR THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

It is hereby STIPULATED by Plaintiffs Barry M. Portnoy and Gerard M. Martin as Trustees for HUB Properties Trust and Defendants Omnicare Pharmaceutics, Inc. and Omnicare Clinical Research, Inc.:

(1).   Plaintiffs' and Defendants' response to each others' motion for summary judgment shall be filed by **October 14, 2003**; and

(2).   Reply briefs in connection with the parties' motions for summary judgment shall be filed by **October 21, 2003**.

| OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br><br>BY: _____<br>PAUL S. DIAMOND<br>STEVEN A. HABER<br>STEPHEN W.W. CHING, JR.<br><br>Attorneys for Plaintiffs, Barry M. Portnoy and Gerard M. Martin as Trustees for HUB Properties Trust and Defendants Omnicare Pharmaceutics, Inc. | BLANK ROME LLP<br><br>BY: _____<br>RICHARD P. McELROY<br>ADAM M. SHARE<br>TODD A. SCHOENHAUS<br><br>Attorneys for Defendants Omnicare Pharmaceutics, Inc. and Omnicare Clinical Research, Inc. |

APPROVED AND SO ORDERED BY THE COURT:

_____
THE HONORABLE CLIFFORD SCOTT GREEN
UNITED STATES DISTRICT JUDGE

Dated:_____

485565