```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BARRY M. PORTNOY, ET AL.        :         CIVIL ACTION
                                :
            v.                  :
OMNICARE PHARMACEUTICS, INC.    :
                                :         NO.02-2905
```

## **O R D E R**

AND NOW, this 30th day of January, 2004 , it is Ordered that an oral argument on the motions for summary judgment will be held on February 10, 2004 at 10:00 a.m. in Courtroom   15-B.

```
ATTEST:                              or    BY THE COURT




BY: Michael Owens
    Deputy Clerk                           CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)
```