IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY M. PORTNOY and<br>GERARD M. MARTIN, as Trustees for<br>HUB PROPERTIES TRUST,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>OMNICARE PHARMACEUTICS, INC.<br>　　　　and<br>OMNICARE CLINICAL RESEARCH, INC.,<br>　　　　Defendants. | NO. 02-CV-2905<br><br>HONORABLE CLIFFORD<br>SCOTT GREEN |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Plaintiffs Barry M. Portnoy and Gerard M. Martin, as Trustees for HUB Properties Trust in the above-captioned matter.

BY: _____
JOSEPH J. McGOVERN (#52523)
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
(215) 665-3000

Attorneys for Plaintiffs, Barry M. Portnoy
and Gerard M. Martin, as
Trustees for HUB Properties Trust

Dated: January 30, 2004

511656

## CERTIFICATE OF SERVICE

I, STEPHEN W. W. CHING, JR., ESQUIRE, hereby certify that on **January 30, 2004**, I caused to be served the foregoing Entry of Appearance on behalf of Plaintiffs, **VIA FACSIMILE AND FIRST-CLASS MAIL, POSTAGE PREPAID,** upon the following:

Richard P. McElroy, Esquire
Adam M. Share, Esquire
Todd A. Schoenhaus, Esquire
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103-6998

BY: _____
STEPHEN W. W. CHING, JR. (#71840)
**Obermayer Rebmann Maxwell & Hippel LLP**
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895
(215) 665-3000
Attorneys for Plaintiffs

511656