IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY PORTNORY, ET AL. | : | CIVIL ACTION |
| v. | : | |
| OMNICARE PHARMACEUTICS, INC., ET AL. | : | NO. 02-2905 |

### **O R D E R**

AND NOW, this 8th day of March, 2004, at the request of the parties, it is Ordered that the above captioned case is referred to the Honorable Diane M. Welsh, U.S. Magistrate Judge, for a settlement conference.

ATTEST:                                                   or      BY THE COURT


BY:_____           _____
     Deputy Clerk                                              CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)