IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY M. PORTNOY and | : | |
| GERARD M. MARTIN, as Trustees for | : | |
| HUB PROPERTIES TRUST | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2905 |
| | : | |
| OMNICARE PHARMACEUTICS, INC. | : | |
| and OMNICARE CLINICAL | : | |
| RESEARCH, INC. | : | |
| Defendants. | : | |

## ORDER

**AND NOW** this _____ day of July, 20004, **IT IS HEREBY ORDERED** that Discovery in this action is **ENLARGED** until October 29, 2004. **IT IS FURTHER ORDERED** that the Deputy Clerk is directed to contact counsel after November 1, 2004 to arrange an non-jury trial on damage issues on or after November 15, 2004.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.