IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY M. PORTNOY, ET AL. | : | CIVIL ACTION |
| v. | : | |
| OMNICARE PHARMACEUTICS, INC. ET AL. | : | NO. 02-2905 |

### **O R D E R**

AND NOW, this 24th day of January, 2005 , it is Ordered that a conference will be held in the above captioned case on February 7, 2005 at 3:00 p.m. in chambers.

ATTEST:                              or      BY THE COURT

BY: _Michael Owens_
      Deputy Clerk                            CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)