IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY M. PORTNOY, GERARD M. MARTIN | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 02-2905 |
| OMNICARE PHARMACEUTICS, INC. | : | |
| Defendant. | : | |

**ORDER**

After a pretrial conference on February 7, 2005, the following is ordered:

1. On or before March 7, 2005, counsel for the parties shall stipulate to all uncontested facts and file such stipulation of record. Counsel shall also file a statement of contested facts.

2. Counsel for Plaintiff shall file on or before March 17, 2005, a brief in support of Plaintiff's position and counsel for Defendant shall respond thereto on or before March 24, 2005.

3. Oral argument is scheduled for March 28, 2005, at 2:00pm to be followed by trial, if necessary, commencing March 29 at 10:00 am in courtroom 15-B. Trial will continue on March 30, 2005 if appropriate.

**BY THE COURT:**

S/Clifford Scott Green
**CLIFFORD SCOTT GREEN, S.J.**