IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY M. PORTNOY and GERARD M. MARTIN, as Trustees for HUB PROPERTIES TRUST | : : : : |
| Plaintiffs, | : Civil Action No. 02-CV-2905 : |
| v. | : : |
| OMNICARE PHARMACEUTICS, INC. and OMNICARE CLINICAL RESEARCH, INC. | : : : |
| Defendants. | : |

## ORDER

**AND NOW**, on this 22nd day of February 2005, we are in receipt of a letter dated February 10, 2005 from Plaintiff's counsel requesting this Court to revise our February 8, 2005 scheduling order. **IT IS HEREBY ORDERED** that the request is **DENIED**. Arguments that Plaintiffs believe are pertinent to the defenses raised may be timely submitted in the response brief permitted to be filed with this Court on or before March 24, 2005.

BY THE COURT:

S/_____

CLIFFORD SCOTT GREEN, S.J.