IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY M. PORTNOY,
GERARD M. MARTIN            :
         Plaintiffs,    :    CIVIL ACTION
                         :
                         :
   v.                        :    NO. 02-2905
                         :
                         :
OMNICARE PHARMACEUTICS, INC.   :
                         :
         Defendant.    :

## ORDER

    The Court is in receipt of a fax, which is to be filed and docketed, from the parties in this case advising the court of a settlement proposal that may finalize an agreement. The parties have requested an adjournment of the oral argument scheduled on Wednesday, April 13, 2005 which has been granted by the court. **AND NOW**, this **14th** day of April**, IT IS HEREBY ORDERED** that the Deputy Clerk will contact the parties on or around May 1, 2005 to determine whether trial is necessary.

                                         **BY THE COURT:**

                                         S/Clifford Scott Green
                                         **CLIFFORD SCOTT GREEN, S.J.**