IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY M. PORTNOY and<br>GERARD M. MARTIN, as Trustees for<br>HUB PROPERTIES TRUST,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OMNICARE PHARMACEUTICS, INC.<br>　　　　and<br>OMNICARE CLINICAL RESEARCH, INC.,<br>　　　　　　Defendants. | :<br>:<br>:<br>: NO. 02-CV-2905<br>:<br>: HONORABLE CLIFFORD<br>: SCOTT GREEN<br>:<br>:<br>:<br>:<br>: |

## JOINT MOTION AND STIPULATION TO DISMISS WITH PREJUDICE

The parties in the captioned matter, by and through their respective counsel, hereby stipulate and agree that they have compromised and settled the above-referenced action.

Pursuant to Local Rule 41.1(b) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, jointly move and stipulate that the above-entitled action and all claims and causes of action alleged therein be dismissed with prejudice and on the merits, with each party to bear its own costs and attorneys' fees. The parties further move that the Court enter the form of Order of Dismissal With Prejudice submitted herewith.

618835

Respectfully submitted,

_____
JOSEPH J. MCGOVERN
STEPHEN W.W. CHING, JR
STEPHEN P. BOSIO
OBERMAYER REBMANN MAXWELL   &
HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103-1895
(215) 665-3000

_____
RICHARD P. McELROY
ADAM M. SHARE
TODD A. SCHOENHAUS
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103
215-569-5500

Date:  May ___3___, 2005

618835

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY M. PORTNOY and<br>GERARD M. MARTIN, as Trustees for<br>HUB PROPERTIES TRUST,<br>　　　　　Plaintiffs,<br><br>v.<br><br>OMNICARE PHARMACEUTICS, INC.<br>　　　　and<br>OMNICARE CLINICAL RESEARCH, INC.,<br>　　　　　Defendants. | :<br>:<br>:<br>: NO. 02-CV-2905<br>:<br>: HONORABLE CLIFFORD<br>: SCOTT GREEN<br>:<br>:<br>:<br>:<br>: |

### ORDER OF DISMISSAL WITH PREJUDICE

AND NOW, this ____ day of _____, 2005 upon consideration of the Joint Motion and Stipulation to Dismiss With Prejudice and for an Order of Dismissal With Prejudice,

IT IS HEREBY ORDERED that the Joint Motion and Stipulation is GRANTED and all claims and causes of action alleged in the above-referenced action are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　IT IS SO ORDERED BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CLIFFORD SCOTT GREEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

618835